UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRSTINE WEIST, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY ) | |
| ) | |
| ) | |
|    Defendant. ) | |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Christine Weist, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendants Hartford Life and Accident Insurance Company of America ("Hartford") states as follows:

### I. Parties and Jurisdiction

1. That Plaintiff is a citizen of the State of Indiana residing in St. Joseph County.

2. That Plaintiff was an employee of Trinity Health, where in her capacity as Branding Specialist, she was a participant in the company sponsored welfare benefit plan.

3. That Defendant, The Hartford, is an insurance company doing business in the State of Indiana.

4. Hartford issued the disability policy for the welfare benefit plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. Hartford is a fiduciary of the Plan.

6. Hartford processed and denied Plaintiff's disability claim.

7. Hartford is both the claims adjudicator and payer of this claim.

8. Hartford benefits financially from denying Plaintiff's claim.

9. Hartford has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff became disabled and was forced to stop working on or about January 22, 2018.

12. That Plaintiff applied for long-term disability benefits and was paid benefits from July 23, 2020 through July 22, 2022 for mental health conditions and was denied benefits thereafter.

13. Plaintiff administratively appealed the termination of benefits but was denied benefits under the aforementioned insurance policy on or about April 1, 2022 and January 30, 2023.

14. That Defendant has wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under the policy.

15. Defendant's decision denying her disability benefits was arbitrary and capricious.

16. That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due her and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendant, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

                                              Respectfully submitted,

 3/1/23                                 /s/ Melissa A. Davidson  
Date                                      Melissa A. Davidson, #26068-49  
                                              Hankey, Marks and Crider  
                                              429 E. Vermont Street, Suite 200  
                                              Indianapolis, IN   46202  
                                              Ph:  317-599-4111  
                                              Fax:  317-634-9818  
                                              mdavidson@hankeylaw.com